# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Jamar James, | No. CV-18-04545-PHX-JJT (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Arizona Department of Corrections, et al., | |
| Respondents. | |

At issue is the report and Recommendation (Doc. 16) ("R&R") submitted in this smatter by United States Magistrate Judge James F. Metcalf, recommending that the Court deny Respondents Arizona Department of Corrections, *et al.*'s Motion for Stay and Resetting of Filing Deadline for Answer. (Doc. 14.) The Court will deny as moot the Motion for Stay and Resetting, as Respondents have filed their Answer (Doc. 25) and Petitioner has filed his Reply. (Doc. 27.) The matter will proceed on the materials.

IT IS ORDERED denying as moot Respondents Arizona Department of Corrections, et al.'s Motion for Stay and Resetting of Filing Deadline for Answer. (Doc. 14.)

IT IS FURTHER ORDERED adopting Judge Metcalf's R&R. (Doc. 16.)

Dated this 7th day of January, 2020.

Honorable John J. Tuchi
United States District Judge